United States District Court

SOUTHERN                    DISTRICT OF                    TEXAS

UNITED STATES OF AMERICA
V.

Francisco Javier ALVARDO (USC)
YOB: 1988

DEC - 6 2012

David J. Bradley, Clerk

CRIMINAL COMPLAINT

CASE NUMBER:

M-12-2599-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>December 5, 2012</u> in <u>Starr County</u>, in the <u>Southern District of Texas</u> defendant(s) did, knowingly

Conspire and agree to intentionally possess with the intent to distribute approximately 480 kilograms / 971 pounds of marijuana, a controlled substance listed under Schedule I, of the Controlled Substance Act

In violation of Title 21 United States code, Section(s) 841 & 846.

I further state that I am a(n) <u>U.S. Immigration and Customs Enforcement Special Agent</u> and that this complaint is based on the following facts:

SEE ATTACHMENT A

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
J. Brandon Wargo, Special Agent
Homeland Security Investigation

Sworn to before me and subscribed in my presence,

December 6, 2012                                at         McAllen, Texas
Date                                                       City and State

Dorina Ramos, U.S. Magistrate Judge
Name & Title of Judicial Officer                           Signature of Judicial Officer

ATTACHMENT A

Before the United States Magistrate Judge, Southern District of Texas, I, J. Brandon Wargo, Special Agent, U.S. Immigration and Customs Enforcement, being duly sworn, depose and say the following:

On December 5, 2012, Roma Police Department Officers were working regular patrol in a marked Roma Police Department Unit when they observed a Ford F-250 pickup truck crossing Franklin Ave near Grant and Garcia Streets with no valid registration sticker displayed in the front windshield. Upon making a safe turn around the officers lost sight of the vehicle, however, they were able to locate it near the intersection of Athens and US Highway 83 at which time they conducted record checks of the license plate, which yielded "No Response" from the Texas Department of Motor Vehicles Database. Upon receiving the no response message, Officers activated their overhead red and blue lights and attempted to conduct a traffic stop of the vehicle at which time the operator, later identified as Francisco Javier ALVARDO fled at a high rate of speed, eventually bailing out of the vehicle near the Los Saenz Church. Officers were able to maintain constant visual of ALVARDO who was taken into custody after a short foot pursuit.

A search of the vehicle yielded 69 bundles of compressed marijuana hidden in the bed of the truck under a black floor mat, the back seat of the vehicle, hidden under some carpets and in the front passenger seat, hidden under a floor mat. In total the marijuana weighed approximately 480 kilograms or 971 pounds.

ALVARADO was transported to the Roma Police Department for the purpose of an interview. ALVARADO was advised of his rights by HSI Task Force Officer Garza at which time ALVARADO requested an attorney and all questioning ceased.